FRANK L. FINLAW, Respondent, *v.* MAURICE WERTHEIM et al., Co-partners under the Firm Name of WERTHEIM & Co., et al., Appellants, Impleaded with Another.

(Argued September 30, 1936; decided October 20, 1936.)

*Lionel S. Popkin* for appellants.

*S. Harry Eilenberg* and *Harold F. Levin* for respondent.

Order affirmed, with costs, and question certified answered in the negative. *Johnston* v. *Trask* (116 N. Y. 136) has not been overruled or modified by *DeWaal* v. *Jamison* (226 N. Y. 644). (See, also, *Hyman-Michaels Co.* v. *Senior & Palmer, Inc.*, 265 N. Y. 266.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.